**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC and SONY MUSIC ENTERTAINMENT,

Movant,

vs.

KID DISTRO HOLDINGS, LLC d/b/a DISTROKID,

Third Party.

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC and SONY MUSIC ENTERTAINMENT,

Plaintiffs,

vs.

SUNO, INC. and JOHN DOES 1-10,

Defendants.

Case No.: 1:26-mc-510

[RELATED TO CASE NO. 1:24-cv-11611 PENDING IN THE DISTRICT OF MASSACHUSSETS]

**PLAINTIFFS' NOTICE OF MOTION TO COMPEL KID DISTRO HOLDINGS, LLC d/b/a DISTROKID'S COMPLIANCE WITH A NON-PARTY SUBPOENA**

Please take notice that Plaintiffs UMG Recordings, Inc. ("UMG") and Capitol Records, LLC ("Capitol," and collectively with UMG, "Universal") and Sony Music Entertainment ("SME," and together with Universal "Plaintiffs"), will and hereby do move, pursuant to Rules 37 and 45 of the Federal Rules of Civil Procedure for an Order Compelling Compliance with the Subpoena served on Kid Distro Holdings, LLC d/b/a DistroKid ("DistroKid"). This motion is brought pursuant to Rules 37 and 45 of the Federal Rules of Civil Procedure on the grounds that DistroKid has failed to provide relevant, non-privileged documents responsive to the subpoena served on it.

This Motion is based on this Notice of Motion and Motion to Compel DistroKid's Compliance with the Subpoena, the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Compel, the Declaration of Alexander R. Perry and accompanying exhibits, all pleadings and papers on file herein, and upon such further oral and documentary evidence as may be presented at or before the hearing on this Motion.

Dated: New York, New York
October 14, 2026

By: ______________________________

Moez M. Kaba
Mariah N. Rivera
Alexander R. Perry
**HUESTON HENNIGAN LLP**
1 Little W 12th Street, 2nd Floor
New York, NY 10014
Telephone: (646) 930-4046
Facsimile: (888) 866-4825
mkaba@hueston.com
mrivera@hueston.com
aperry@hueston.com

Rajan S. Trehan*
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4381
Facsimile: (888) 866-4825
rtrehan@hueston.com

Christina V. Rayburn*
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 356-6412
Facsimile: (888) 866-4825
crayburn@hueston.com

*Counsel for Plaintiffs*

**Pending admission pro hac vice*