**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC and SONY MUSIC ENTERTAINMENT,<br><br>Movant,<br><br>vs.<br><br>KID DISTRO HOLDINGS, LLC d/b/a DISTROKID,<br><br>Third Party. | Case No.: 1:26-mc-510<br><br>[RELATED TO CASE NO. 1:24-cv-11611 PENDING IN THE DISTRICT OF MASSACHUSSETS] |
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC and SONY MUSIC ENTERTAINMENT,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL KID DISTRO HOLDINGS, LLC d/b/a DISTROKID'S COMPLIANCE WITH A NON-PARTY SUBPOENA** |

Before this Court is Plaintiffs' Motion to Compel Kid Distro Holdings, LLC d/b/a DistroKid's Compliance with a Non-Party Subpoena. Having considered the parties' arguments and all papers filed herein, the Court hereby GRANTS the Motion. DistroKid is directed to produce the following documents by October 30, 2026:

- **Request No. 1:** Documents sufficient to show, by month, from the date DistroKid began using the third-party "prediction model" described in its October 9, 2026 Supplemental Response to the present: (1) the total number of recordings DistroKid delivered to digital services; (2) the number of those recordings DistroKid tested with the third-party

prediction model; (3) the number of those recordings the prediction model scored as likely AI-generated, whether in whole or in part, in whatever probability levels or categories the model reports, or, if the model does not produce a 'likely' or equivalent classification, the number of such recordings falling within each probability range the model reports (or, if the model reports a continuous score, within each decile); and (4) the total streams and royalties for the recordings in (3). If the prediction model identifies Suno as the actual or likely source of a recording, documents sufficient to show the number attributed to Suno.

- **Request No. 5:** Documents sufficient to show (1) the name and vendor of the prediction model described in DistroKid's October 9, 2026 Supplemental Response and when DistroKid began using it; (2) whether the model identifies the actual or likely AI service that generated a recording, whether in whole or in part; and (3) any analysis or information DistroKid has of the model's accuracy or results, including the basis for the statements about false positives in DistroKid's October 9, 2026 Supplemental Response.

**IT IS SO ORDERED.**

Dated: __________________________

________________________________________
UNITED STATES ____________ JUDGE