**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC and SONY MUSIC ENTERTAINMENT,

Movant,

vs.

KID DISTRO HOLDINGS, LLC d/b/a DISTROKID,

Third Party.

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC and SONY MUSIC ENTERTAINMENT,

Plaintiffs,

vs.

SUNO, INC. and JOHN DOES 1-10,

Defendants.

Case No.: 1:26-mc-510

[RELATED TO CASE NO. 1:24-cv-11611 PENDING IN THE DISTRICT OF MASSACHUSETTS]

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, and Sony Music Entertainment in the above-captioned action:

Mariah N. Rivera
Hueston Hennigan LLP
1 Little West 12th Street, 3rd Floor
New York, NY 10014
Telephone: (646) 891-5049
Email: mrivera@hueston.com

Dated: October 23, 2026

Respectfully submitted,

**HUESTON HENNIGAN LLP**

/s/ *Mariah N. Rivera*
Mariah N. Rivera