Jenna Harris (NY Bar No. 5981147)
Ritholz Levy Fields LLP
131 S. 11th Street
Nashville, TN 37206
Phone: (615) 250-3939
jharris@rlfllp.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

UMG RECORDINGS, INC et al

Case No.: 1:26-mc-00510

Movants,

v.

KID DISTRO HOLDINGS, LLC d/b/a DISTROKID

Respondent.

-----------------------------------------------------------x

**NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record

Jenna Harris of Ritholz Levy Fields LLP enters her appearance on behalf of Respondent, Kid Distro Holdings LLC d/b/a DistroKid. Jenna Harris certifies that she is a member in good standing of the State Bar of New York and admitted to practice in the United States District Court for the Southern District of New York.

Date: October 26, 2026

**RITHOLZ LEVY FIELDS LLP**

*/s/ Jenna Harris*
Jenna Harris (NY Bar No. 5981147)
131 S. 11th Street
Nashville, TN 37206
Phone: 615.250.3939
jharris@rlfllp.com

*Attorneys for Defendant Kid Distro Holdings LLC d/b/a DistroKid*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2026, the foregoing was filed electronically with the Court's electronic filing system and sent to the parties of record as follows:

**HUESTON HENNIGAN LLP**

Alexander Perry
1 Little W. 12th St.
Ste 2nd Floor
New York, NY 10014
aperry@hueston.com

Mariah Rivera
Hueston Hennigan LLP
1 Little West 12th
Ste 2nd Floor
New York, NY 10014
mrivera@hueston.com

Moez M. Kaba
Hueston Hennigan LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
mkaba@hueston.com

*/s/ Jenna Harris*