UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, and SONY MUSIC ENTERTAINMENT,

Movants,

-against-

KID DISTRO HOLDINGS, LLC, d/b/a DISTROKID,

Third Party.

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, and SONY MUSIC ENTERTAINMENT,

Plaintiffs,

-against-

SUNO, INC. and JOHN DOES 1–10,

Defendants.

26-mc-510 (AS)

[Related to pending case 24-cv-11611 in the District of Massachusetts]

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of Plaintiffs' motion to compel. If Kid Distro intends to file an opposition, it should do so on or before **Wednesday, November 4, 2026.** Plaintiffs may file a reply within two days of Kid Distro's opposition filing.

SO ORDERED.

Dated: October 27, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge