Jenna Harris (NY Bar No. 5981147)
Ritholz Levy Fields LLP
131 S. 11th Street
Nashville, TN 37206
Phone: (615) 250-3939
jharris@rlfllp.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

UMG RECORDINGS, INC et al — Case No.: 1:26-mc-00510

Movants,

v.

KID DISTRO HOLDINGS, LLC d/b/a
DISTROKID

Respondent.

----------------------------------------------------------x

**STIPULATION TO EXTEND TIME TO RESPOND TO SUBPOENA AND MOTION TO COMPEL**

**WHEREAS**, Movants UMG Recordings, Inc., Capital Records, LLC and Sony Music Entertainment filed this action to Compel Kid Distro Holdings, LLC d/b/a DistroKid to Produce Documents in Response to Third-Party Subpoena on October 14, 2026.

**WHEREAS**, the Motion was recently served on Defendant Kid Distro Holdings LLC d/b/a DistroKid ("DistroKid");

**WHEREAS**, the Parties are working on a resolution and have stipulated to extend the time for DistroKid to file its response to Movant's Motion to Compel up to and including November 6, 2026;

**WHEREAS**, this is the first request for extension of time and the Parties in this action will not be prejudiced by this extension of time.

**NOW, THEREFORE, IT IS HEREBY AGREED**, through the Parties' counsel of record, and subject to the approval of the Court, that DistroKid shall have up to and including November 6, 2026 to file its response to Movant's Motion to Compel in connection with the Third-Party Subpoena.

**IT IS SO STIPULATED.**

Date: October 27, 2026

**RITHOLZ LEVY FIELDS LLP**

*/s/ Jenna Harris*
Jenna Harris (NY Bar No. 5981147)
131 S. 11th Street
Nashville, TN 37206
Phone: 615.250.3939
jharris@rlfllp.com

*Attorneys for Defendant Kid Distro Holdings LLC d/b/a DistroKid*

Date: October 27, 2026

**HUESTON HENNIGAN LLP**

*/s/ Alexander Perry*
Alexander Perry
1 Little W. 12th St.
Ste 2nd Floor

New York, NY 10014
212-715-1121
aperry@hueston.com

Mariah Rivera
Hueston Hennigan LLP
1 Little West 12th
Ste 2nd Floor
New York, NY 10014
646-930-4046
mrivera@hueston.com

Moez M. Kaba
Hueston Hennigan LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
(213) 788-4340
mkaba@hueston.com

**IT IS SO ORDERED**

Arun Subramanian, U.S.D.J.

October 28, 2026