**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC and SONY MUSIC ENTERTAINMENT,<br><br>Movant,<br><br>vs.<br><br>KID DISTRO HOLDINGS, LLC d/b/a DISTROKID,<br><br>Third Party. | Case No.: 1:26-mc-00510-AS<br><br>[RELATED TO CASE NO. 1:24-cv-11611 PENDING IN THE DISTRICT OF MASSACHUSETTS]<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL KID DISTRO HOLDINGS, LLC d/b/a DISTROKID'S COMPLIANCE WITH A NON-PARTY SUBPOENA** |
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC and SONY MUSIC ENTERTAINMENT,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>Defendants. | |

Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, and Sony Music Entertainment ("Plaintiffs") hereby notify the Court that they withdraw their pending Motion to Compel Kid Distro Holdings, LLC d/b/a DistroKid's ("DistroKid") Compliance with a Non-Party Subpoena (ECF Nos. 1, 7) (the "Motion"). The grounds for this withdrawal are as follows:

1. On October 14, 2026, Plaintiffs moved to compel DistroKid to produce documents responsive to Narrowed Request Nos. 1 and 5 of the subpoena Plaintiffs served on DistroKid in connection with *UMG Recordings, Inc., et al. v. Suno, Inc.*, No. 1:24-cv-11611-FDS (D. Mass.) (the "Underlying Action"). *See* Dkt. Nos. 1, 2.

2. Since the Motion was filed, DistroKid has served supplemental responses and produced documents responsive to Narrowed Request Nos. 1 and 5.

3. In light of DistroKid's supplemental responses and production, the Motion is moot.

4. Counsel for Plaintiffs and DistroKid have conferred, and DistroKid consents to this notice of withdrawal.

WHEREFORE, Plaintiffs respectfully request that the Court deny the Motion without prejudice as moot, without prejudice to any party's rights under the Amended Protective Order entered in the Underlying Action, vacate DistroKid's November 16, 2026 deadline to respond to the Motion (Dkt. No. 15), and terminate this proceeding.

Dated: New York, New York
November 16, 2026

Respectfully submitted,

By: ______________________________

Alexander R. Perry
**HUESTON HENNIGAN LLP**
1 Little W 12th Street, 2nd Floor
New York, NY 10014
Telephone: (212) 715-1121
Facsimile: (888) 866-4825
aperry@hueston.com

*Counsel for Plaintiffs*

SO ORDERED.

______________________________
Hon. Arun Subramanian
United States District Judge
Dated: ________________, 2026