UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, and SONY MUSIC ENTERTAINMENT,

Movants,

-against-

KID DISTRO HOLDINGS, LLC, d/b/a DISTROKID,

Third Party.

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, and SONY MUSIC ENTERTAINMENT,

Plaintiffs,

-against-

SUNO, INC. and JOHN DOES 1–10,

Defendants.

26-mc-510 (AS)

[Related to pending case 24-cv-11611 in the District of Massachusetts]

ORDER OF DISMISSAL

ARUN SUBRAMANIAN, United States District Judge:

The Court having been advised on November 16, 2026 that plaintiffs have withdrawn their motion to compel, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs. The motion to compel is DENIED as moot. The Clerk of Court is respectfully directed to close the motion at Dkt. 7 and close the case.

SO ORDERED.

Dated: November 18, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge